**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PIPE WRAP LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-08-0822 |
| | § | |
| P3 INDUSTRIAL TECHNOLOGIES, | § | |
| INC., JULIUS G. CRISLER, GARY | § | |
| PONDER, and GUADALUPE | § | |
| GONZALES, | § | |
| | § | |
| Defendants. | § | |

**ORDER ENTERING DEFAULT JUDGMENT AND ISSUING INJUNCTION**

The motion filed by Pipe Wrap, LLC for entry of default and for default judgment against P3 Industrial Technologies, Inc. and Julius Crisler is granted.

Both these defendants have violated § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). P3 Industrial Technologies, Inc. and Julius Crisler must pay actual damages for infringement to Pipe Wrap, LLC, jointly and severally, in the amount of $1,549,149.00.

P3 Industrial Technologies, Inc. and Julius Crisler are enjoined from directly or indirectly using the marks "Pipe Wrap" and "Pipe Wrap Plus" to market piping repair, remediation, or reinforcement materials.

The Director of the Patent and Trademark Office is directed to cancel U.S. Trademark Registration No. 3,190,069.

The claims against Guadalupe Gonzales and Gary Ponder are dismissed, without prejudice.

Pipe Wrap's claims for copyright infringement and common law trademark infringement are dismissed, without prejudice.

SIGNED on August 31, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge